**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**BRENDA EDWARDS**                                                     **PLAINTIFF**

**v.**                                      **3:05CV00293-WRW**

**SANYO MANUFACTURING CORPORATION**                       **DEFENDANT**

## ORDER

Defendant's unopposed Motion to Compel Examination (Doc. No. 48) is GRANTED.

Plaintiff is directed to appear for a mental and physical examination with Dr. Brad Diner

at the time and date agreed upon by the parties.

IT IS SO ORDERED this 30th day of October, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE