**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BRENDA EDWARDS**                                                                              **PLAINTIFF**

**V.**                                        **3:05-CV-00293-WRW**

**SANYO MANUFACTURING CORPORATION**                                 **DEFENDANT**

**ORDER**

At a telephone hearing held on October 21, 2008, on the matter of a settlement agreement between the parties, the following facts were submitted to the Court without dispute:

1. The evening of October 20, 2008, Plaintiff Brenda Edwards advised her counsel Lucien Gillham that she would accept a settlement offer from Defendant.

2. The next morning, October 21, 2008, Mr. Gillham called Defendant's counsel, Mr. Jess Sweere, to accept the offer if it was still "on the table."

3. Mr. Sweere requested that Mr. Gillham forward the amount of costs to date, and Mr. Gillham sent an e-mail with the amount of costs.

4. Mr. Sweere then sent an e-mail to Mr. Gillham confirming that the settlement was agreed upon.

5. After these communications, Plaintiff called Mr. Gillham and instructed him to call Defendant's counsel and revoke the settlement agreement and informed Mr. Gillham that he was being discharged as Plaintiff's counsel.

The Court found that a settlement agreement had been reached. The parties agreed to forthwith prepare and enter into a written settlement agreement, and file a motion to dismiss based on settlement.

IT IS SO ORDERED this 22nd day of October, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE