## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BRENDA EDWARDS**                                                                    **PLAINTIFF**

**VS.**                                            **3:05-CV-00293-WRW**

**SANYO MANUFACTURING**
**CORPORATION**                                                                       **DEFENDANT**

### ORDER

The Joint Motion to Dismiss With Prejudice (Doc. No. 73), because the parties have settled, is GRANTED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 31st day of October, 2008.


        /s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE